# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DAVE MUSTO, *et al.*, | Case No. 2:17-cv-506 |
| Plaintiffs, | |
| v. | Judge Graham |
| PAULA ZARO, | Chief Magistrate Judge Deavers |
| Defendant. | |

## ORDER

This matter is before the Court for consideration of the February 26, 2019, Report and Recommendation of Chief Magistrate Judge Deavers (ECF No. 72.) to whom this case was referred pursuant to 28 U.S.C. § 636(b). (ECF No. 71.) Chief Magistrate Judge Deavers considered Plaintiffs' Motion for Default Judgment Against Defendant Paula Zaro (ECF No. 70.) and recommended that the Motion for Default Judgment be granted. (ECF No. 72.) For the reasons set forth below, the Court **ADOPTS** the Report and Recommendation issued by Chief Magistrate Judge Deavers (ECF No. 72.), and Plaintiffs' Motion for Default Judgment Against Defendant Paula Zaro (ECF No. 70.) is **GRANTED**.

The Report and Recommendation specifically advised the parties that failure to object to the Report and Recommendation within fourteen (14) days "will result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (ECF No. 72 at 413.) The March 12, 2019 deadline for filing objections to the Report and Recommendation has since expired, and no party has objected to the Report and Recommendation.

The Court therefore **ADOPTS** the Report and Recommendation of Chief Magistrate Judge Deavers. (ECF No. 72.) Plaintiffs' Motion for Default Judgment Against Defendant Paula Zaro (ECF No. 70.) is **GRANTED**. Accordingly, judgment shall be entered against Defendant in an

1

amount to be determined at a hearing held pursuant to Fed. R. Civ. P. 55(b)(2)(B). In accordance with 28 U.S.C. § 636(b), the Court hereby designates Chief Magistrate Judge Deavers to conduct that hearing.

**IT IS SO ORDERED**.

/s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: March 18, 2019